# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2018

## NO.  03-18-00194-CR

**The State of Texas, Appellant**

**v.**

**Reynaldo Lerma, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the order granting appellee's motion to dismiss signed by the district court.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order.  Therefore, the Court reverses the district court's order granting appellee's motion to dismiss and remands the case for further proceedings consistent with this opinion.  Because appellee is indigent and unable to pay costs, no adjudication of costs is made.